AO 247 (10/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| United States of America | ) | Case No: 3:08-590-014 (CMC)__ |
| | ) | USM No: 25475-171_____ |
| -versus- | ) | _____ |
| | ) | Defendant's Attorney |
| **Vicente Sepulveda, Jr.** | ) | |
| | ) | |
| Date of Previous Judgment: February 19, 2014 | ) | |
| *(Use Date of Last Amended Judgment if Applicable)* | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ❒ the defendant ❒ the Director of the Bureau of Prisons ✔ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable, and the Government having no objection to the granting of relief,

**IT IS ORDERED** relief under Amendment 782 is:

❒     DENIED.   ✔GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of sixty (60) months **is reduced to** fifty-seven (57) months.  In the event this sentence is less than the amount of time Defendant has already served, this sentence is reduced to a time-served sentence of imprisonment.

*(Complete Parts I and II of Page 2 when motion is granted.)*

Except as provided above, all provisions of the original judgment filed February 19, 2014 shall remain in effect.

**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date:   November 3, 2015 | s/ Cameron McGowan Currie |
| | *Judge's signature* |
| | |
| Effective Date: | Cameron McGowan Currie, Senior United States District Judge |
| *(if different from order date)* | *Printed name and title* |

1